FILED: March 14, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1111
(1:11-cv-00351-CCE-LPA)

_____

KATHLEEN KICINSKI

      Plaintiff - Appellant

v.

NORTH CAROLINA A & T STATE UNIVERSITY

      Defendant - Appellee

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 04/15/2014

Opening brief due: 04/15/2014

Response brief due: 05/19/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk